# UNITED STATES DISTRICT COURT
# for the
# Southern District of Indiana
# Indianapolis Division

| | |
|---|---|
| CHUEN HUA WANG, as GUARDIAN OVER THE ESTATE and PERSON, TIAN HUEI WANG and CHUEN HUA WANG, and TIAN HUEI WANG,<br>   Plaintiffs,<br><br>Vs.<br><br><br>CITY OF FISHERS POLICE DEPARTMENT, OFFICERS JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6 and JOHN DOE 7, CITY OF FISHERS DEPARTMENT OF FIRE and EMERGENCY SERVICES, EMT ERIC MARVIN and EMT DAVID BOHMEIER, EMT SETH JOHNSON, EMT CALEB CHURCH and EMT JAMES JACKSON,<br>   Defendants. | Case No.: 1:19-cv-4042 |

## COMPLAINT

Plaintiffs, Chuen Hua Wang as Guardian over the Person, Tian Huei Wang, Chuen Hua Wang and Tian Huei Wang, respectfully makes their Complaint for Damages and avers as follows:

## NATURE OF CASE

1. This lawsuit seeks redress from persons acting under the color of state law employed by City of Fishers Police Department and seeks redress form persons acting under the color of state law employed by City of Fishers Department of Fire and Emergency with conduct

which was deliberate and shocking of the conscious in delaying the necessary medical care bringing about his injuries, his sister cares for him and is his guardian.

## JURISDICTION

2. Plaintiffs brings this action pursuant to 42 U.S.C. § 1983 to redress Defendants' violations of Ms. Wang and Mr. Wang's rights under the Fourteenth Amendment of the U.S. Constitution.

3. Venue is proper in the Indianapolis Division because the parties reside in this division and the events complained of occurred in this division.

## PARTIES

4. Chuen Hua Wang, is Guardian over the Person, Tian Huei Wang is an adult citizen of the United States who resides in Hamilton County Indiana.

5. Chuen Hua Wang, an adult citizen of the United States who resides in Hamilton County Indiana, who is the sister of Tian Huei Wang, hereinafter Ms. Wang.

6. Tian Huei Wang, an adult citizen of the United States who resides in Hamilton County Indiana, who is the brother of Chuen Hua Wang, hereinafter Mr. Wang.

7. The City of Fishers Police Department is a government unit located in Hamilton County, Indiana.

8. Officer John Doe 1 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

9. Officer John Doe 2 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

10. Officer John Doe 3 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

11. Officer John Doe 4 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

12. Officer John Doe 5 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

13. Officer John Doe 6 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

14. Officer John Doe 7 is a police officer employed by the City of Fishers Police Department and is sued in his individual capacity and acted under color of state law.

15. City of Fishers Department of Fire and Emergency Services is a government unit located in Hamilton County, Indiana.

16. EMT ERIC MARVIN is an emergency medical technician employed by the City of Fishers Department of Fire and Emergency Services and is sued in his individual capacity and acted under color of state law.

17. EMT David Bohmeier is an emergency medical technician employed by the City of Fishers Department of Fire and Emergency Services and is sued in his individual capacity and acted under color of state law.

18. EMT Seth Johnson is an emergency medical technician employed by the City of Fishers Department of Fire and Emergency Services and is sued in his individual capacity and acted under color of state law.

19. EMT Caleb Church is an emergency medical technician employed by the City of Fishers Department of Fire and Emergency Services and is sued in his individual capacity and acted under color of state law.

20. EMT James Jackson is an emergency medical technician employed by the City of Fishers Department of Fire and Emergency Services and is sued in his individual capacity and acted under color of state law.

## FACTS

21. On or about September 26, 2017, the Defendants, John Does 1 - 7, hereinafter Police Officers and Eric Marvin, David Bohmeier, Seth Johnson, Caleb Church and James Jackson, hereinafter EMTs conducted themselves in Hamilton County in response to a 9-1-1 telephone call to a medical emergency wherein Mr. Wang was rendered incapacitated at his domicile, 9630 Conifer Court, Fishers, Indiana.  The call was made at 11:28 p.m., and delivery was made of the Plaintiff, Mr. Wang, at 12:03 a.m., to Community North Hospital, for a total time elapsed of 34 minutes.

22. A normal traveler in normal traffic, given the distances would make the trip at the speed limit, from where the ambulance started to the home then to the hospital in about, ten (10) minutes, two (2) from fire department start point to domicile as indicated to hospital, two (2) plus (8) eight minutes, not counting time to prepare and load the incapacitated man.

23. Witnesses observed the Officers and EMTs on the site for about twenty (20) minutes, two (2) minutes of which was comprised of going up the stairs to the bedroom and removing in a stretcher the Plaintiff into the ambulance, eighteen (18) minutes spent, between EMTs awaiting the arrival of police, a period of about thirteen (13) to fifteen (15) minutes awaiting police before attempting any type of medical care or transportation and about five (5) minutes with the Plaintiff loaded into the ambulance, all of the Police Officers and EMTs standing in a group laughing and talking, while the family of Plaintiff, Mr. Wang, pounded on

the ambulance vehicle doors begging the group to take the unconscious convulsing Plaintiff to the nearby hospital.

24. While transporting to the emergency hospital Plaintiff suffered continuing seizures.

25. At the time of the call for emergency response, the Plaintiff Ms. Wang informed the 9-1-1 dispatcher that convulsions were occurring and her brother had taken one hundred (100) double strength "Jet Asleep" and another Forty-Eight (48) ZZZQuil nighttime sleep aid based on what she then knew.

## **CLAIMS**

26. Defendants' acts and omissions in failing to provide Mr. Wang medical care while acting under color of State laws, constitute deliberate indifference and as well, shock the conscious as to Mr. Wang's care in violation of his United States Constitution, Due Process Clause that no one acting under color of State Law shall deprive any person of live, liberty or property without due process of law, U.S. Constitution 14th Amendment and the State Actor failed to act with urgency.

27. As a direct and proximate cause of the Defendants deliberate indifference Plaintiff, Mr. Wang, suffers from anoxic pucephaloputary, truancies to right hand, and therefore unable to use his right hand, and as well suffers from cognitive deficits according to medical experts, totally disabled needing rehabilitation.

28. Plaintiff, Ms. Wang, as a direct result has been caused to suffer emotional damages and has been required to act as a guardian of her brother and provide him care in a permanent capacity.

5

Wherefore, Plaintiffs, Chuen Hua Wang, as Guardian over the Estate and Person, Tian Huei Wang, and Chuen Hua Wang and Tian Huei Wang, respectfully request that this Court enter judgment in their favor and against the Defendants, City of Fishers Police Department, Officer John Doe 1 , Officer John Doe 2, Officer John Doe 3, Officer John Doe 4, Officer John Doe 5, Officer John Doe 6, Officer John Doe 7, City of Fishers Department of fire and Emergency Services, EMT Eric Marvin, EMT David Bohmeier, EMT Seth Johnson, EMT Caleb Church and EMT James Johnson, and award compensatory damages and attorneys' fees and costs, along with punitive damages against each of the Individual Defendants in their individual capacities, as well as any relief this Court deems just and proper.

## JURY DEMAND

Come now the Plaintiffs and requests that a jury of their peers hears their Complaint for Damages and render a decision thereon.

Respectfully submitted,

/s/ Thomas J. Gaunt
Thomas J. Gaunt, Atty No. 19092-49
Attorney at Law

1416 North Pennsylvania Street
Indianapolis, Indiana 46202
Ph: (317) 216-7000
Fx: (317) 202-3210
Email: tgaunt58@gmail.com